UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-00171 |
| | ) | |
| GERALD L. CUNNINGHAM | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **GERALD L. CUNNINGHAM**, DOB: XX/XX/1979, OCA #227532, is in due form and process of law, confined in the custody of Criminal Justice Center - CJC, Nashville, Tennessee.

2. Said individual has been charged pursuant to Supervised Release Petition in Case Number 3: 06-CR-00171, and is needed for an initial appearance before a United States District Judge in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: August 28, 2014

*s/Philip H. Wehby*
PHILP H. WEHBY
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
Criminal Justice Center - CJC, Nashville, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **GERALD L. CUNNINGHAM**, DOB: XX/XX/1979, OCA #227532, now confined in the custody of the Criminal Justice Center - CJC, Nashville, Tennessee, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee for the purpose of an initial appearance and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state criminal case.

WITNESS, the Honorable Todd J. Campbell, United States District Judge, Middle District of Tennessee.

DATED:

By: Todd Campbell
Todd J. Campbell
United States District Judge